**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
300 STATE STREET, SUITE 120
SPRINGFIELD, MA 01105-2919

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST   FIRST-CLASS MAIL
02/28/2019
US POSTAGE $000.50⁰

ZIP 01105
041M10271050

USMS SCREENED

Dennis G. Lomax
40 Forth Street, Apt. 1
Northampton, MA 01060

01105>2919

NIXIE      061   DE 1         0003/06/19
         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD
BC: 01105291999      *1484-02227-06-45

