# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS G. LOMAX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WIKIMEDIA FOUNDATION, INC.; and JOHN DOES 1-9, | ) ) ) |
| Defendants. | ) ) ) ) |

Case No. 3:19-cv-30025-KAR

## DECLARATION OF CHRISTOPHER M. MORRISON

I, Christopher M. Morrison, declare as follows:

1. I am a partner at the law firm of Jones Day, attorneys for Defendant Wikimedia Foundation, Inc. ("Wikimedia") in the above-captioned action, and am one of the attorneys responsible for the defense of Wikimedia in this action.

2. Attached hereto as **Exhibit A** is a true and correct copy of Wikimedia's Terms of Use, which are also publicly available on Wikimedia's website at: https://foundation.wikimedia.org/wiki/Terms_of_Use/en.

3. Attached hereto as **Exhibit B** is a true and correct copy of the "Order Dismissing Second Amended Complaint Against Defendant Wikimedia Foundation, Inc." entered in the case captioned *Bauer, et al. v. Glatzer, et. al*, No. L-1169-07 (N.J. Super. Ct. July 21, 2008), which is cited in Wikimedia's Memorandum of Law in Support of Wikimedia's Motion to Dismiss.

4. Attached hereto as **Exhibit C** is a true and correct copy of the "Order Issuing Alternative Writ of Mandate" entered in the case captioned *Twitter, Inc. v. Superior Court for the*

*City and County of San Francisco*, No. A154973 (Cal. App. 1st Aug. 17, 2018), which is cited in Wikimedia's Memorandum of Law in Support of Wikimedia's Motion to Dismiss.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 20, 2019  
Boston, Massachusetts

/s/ Christopher M. Morrison  
Christopher M. Morrison

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that I caused a true copy of the foregoing Declaration of Christopher M. Morrison to be served through the ECF system on all parties registered to receive ECF notices in this case, and to Plaintiff via first class mail, postage prepaid.

Dated: May 20, 2019  
Boston, Massachusetts

*/s/* Christopher M. Morrison  
Christopher M. Morrison