# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS G. LOMAX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:19-cv-30025-KAR |
| WIKIMEDIA FOUNDATION, INC.; and JOHN DOES 1-9, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WIKIMEDIA FOUNDATION, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Wikimedia Foundation, Inc. ("Wikimedia") states as follows:

Wikimedia is a 501(c)(3) charity and nonprofit organization that has no parent corporation, and no publicly held company owns 10% or more of the stock of Wikimedia.

Dated: May 20, 2019

Respectfully submitted,

*/s/* Erik N. Doughty

Christopher M. Morrison (BBO #651335)
Erik N. Doughty (BBO #691487)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
cmorrison@jonesday.com
edoughty@jonesday.com

*Attorneys for Defendant Wikimedia Foundation, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Erik N. Doughty, hereby certify that I caused a true copy of the foregoing Corporate Disclosure Statement of Defendant Wikimedia Foundation, Inc. to be served through the ECF system on all parties registered to receive ECF notices in this case, and to Plaintiff via first class mail, postage prepaid.

Dated: May 20, 2019                                          */s/* Erik N. Doughty
Boston, Massachusetts                            Erik N. Doughty