IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS G. LOMAX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:19-cv-30025-KAR |
| WIKIMEDIA FOUNDATION, INC.; and JOHN DOES 1-9, | ) |
| | ) |
| Defendants. | ) |

**ASSENTED TO MOTION TO EXTEND TIME
FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

Defendant Wikimedia Foundation, Inc. ("Wikimedia"), by its counsel, and *pro se* Plaintiff Dennis G. Lomax agree and stipulate to a one-week extension of time within which Plaintiff may file an amended complaint, up to and including, June 17, 2019. This motion will facilitate a further investigation of the allegations of the complaint, and no other extensions or continuances have been requested in this case.

Dated: June 10, 2019

Respectfully submitted,

*/s/* Christopher M. Morrison

Christopher M. Morrison (BBO #651335)
Erik N. Doughty (BBO #691487)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
cmorrison@jonesday.com
edoughty@jonesday.com

*Attorneys for Defendant Wikimedia Foundation, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Christopher M. Morrison, hereby certify that, in compliance with Local Rule 7.1(a)(2), I conferred with *pro se* Plaintiff regarding the filing of this motion and Plaintiff **assents** to the relief sought by this motion.

Dated: June 10, 2019

/s/ Christopher M. Morrison
Christopher M. Morrison

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and to Plaintiff via first class mail, postage prepaid.

Dated: June 10, 2019

/s/ Christopher M. Morrison
Christopher M. Morrison