# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

CIVIL CASE NUMBER Case No. 3:19-cv-30025-KAR

DENNIS G. LOMAX Plaintiff, pro se
v.
WIKIMEDIA FOUNDATION, INC. JAMES ALEXANDER
DARRYL L. SMITH
OLIVER D. SMITH
JOSHUA P. SCHROEDER
MICHAEL UMBRECHT
GUY CHAPMAN
"MAX", real name unknown
"VITUZZU," real name unknown
JOHN DOE
Defendants

FILED
IN CLERK'S OFFICE

2019 JUN 17 PM 1: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

# MOTION TO FILE ELECTRONICALLY

Plaintiff, pro se, requests the permission of this court to file electronically. I have a PACER account.

Jun 17, 2019

_____
Dennis G. Lomax, pro se