# EXHIBIT C



# Cold Fusion Community

supporting low energy nuclear reaction research

## Month: April 2018

# Protecting the fringe allows the mainstream to breathe

Wikipedia is famously biased against fringe points of view or fringe science (and actually the bias can appear with any position considered "truth" by a majority or plurality faction). The pseudoskeptical faction there claims that there is no bias, but it's quite clear that reliable sources exist, per Wikipedia definitions, that are excluded, and weaker sources "debunking" the fringe are allowed, plus if editors appears to be "fringe," they are readily harassed and blocked or banned, whereas more egregious behavior, violating Wikipedia policies, is overlooked, if an editor is allied with the "skeptical" faction. Over time, the original Wikipedians, who actually supported Neutral Point of View policy, have substantially been marginalized and ignored, and the faction has become increasingly bold.

When I first confronted factional editing, before the Arbitration Committee in 2009, the faction was relatively weak. However, over the ensuing years, the debunkers organized, Guerrilla Skeptics on Wikipedia (GSoW) came into existence, and operates openly. People who come to Wikipedia to attempt to push toward neutrality (or toward "believer" positions) are sanctioned for treating Wikipedia as a battleground, but that is exactly what the skeptics have done, and the Guerrilla Skeptics (consider the name!) create a consistent push with a factional position.

There is increasing evidence of additional off-wiki coordination. It would actually be surprising if it did not exist, it can be difficult to detect. But we have an incident, now.

February 24, 2018 I was banned by the WikiMediaFoundation. There was no warning, and no explanation, and there is no appeal from a global ban. Why? To my knowledge, I did not violate the Terms of Service in any way. There was, however, at least one claim that I did, an allegation by a user that I had "harassed" him by email, the first of our emails was sent through the WMF servers, so if, in fact, that email was harassment, it would be a TOS violation, though a single violation, unless truly egregious, has never been known to result in a ban. I have published all the emails with that user [here.](#)

This much is known, however. One of those who claimed to have complained about me to the WMF [posted a list of those complaining](#) on the forum, Wikipedia Sucks. It is practically identical to the list I had inferred; it is, then, a convenient list of those who likely libelled me. However, I will be, ah, *requesting* the information from the WikiMedia Foundation.