UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dennis G. Lomax,              ) | |
|     Plaintiff,      ) | |
|                         ) | |
|           v.        ) | Civil Action |
|                         ) | No. 3:19-cv-30025-MGM |
| WikiMedia Foundation, Inc. et al., ) | |
|     Defendants.     ) | |

## ORDER OF DISMISSAL

June 5, 2020

**MASTROIANNI, U.S.D.J.**

    Pursuant to the court's electronic order of this date dismissing this action, it is hereby ordered that this case be closed.

    It is so ordered.

                                                /s/ Mark G. Mastroianni
                                              U.S. District Court Judge